AUSA

FILED
DEC 07 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8969

UNITED STATES OF AMERICA, Plaintiff,

v.

Marisol Renovato, Defendant.

Magistrate Case No.:

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance (Felony)

The undersigned complainant being duly sworn states:

That on or about December, 6 2007, within the Southern District of California, defendant Marisol Renovato, did knowingly and intentionally import approximately .8309 kilograms (1.8318 pounds) of Methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, December 7, 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Marisol Renovato

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On December 6, 2007, at approximately 1341 hours, Customs and Border Protection Officer (CBPO) C. Hinojoza was assigned to primary lanes at the Andrade, California West Port of Entry when a silver 1997 Volkswagen bearing California license plate 5GQE129 approached for entry.

CBPO Hinojoza encountered the operator and registered owner, later identified as Marisol RENOVATO, who was accompanied by her minor daughter. CBPO Hinojoza received a negative Customs declaration from RENOVATO. CBPO Hinojoza referred RENOVATO, her minor daughter "O.M.R." and vehicle to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBPO M. Rooney assumed responsibility of the vehicle and requested CBP Canine Enforcement Officer (CEO) M. Medley screen the vehicle with his Narcotic Detector Dog (NDD). NDD alerted to the vehicle. CBP CEO Medley informed CBPO Rooney of the alert. CBPO Rooney resumed examination of the vehicle and discovered one package concealed within a specially built compartment in the back seat rest of the vehicle. CBPO Rooney removed the package, a zip lock bag wrapped in cellophane. In side the zip lock bag, CBPO Rooney discovered three plastic bags containing a white substance. A sample of the substance was tested and proved positive for methamphetamine. A total of one package, with a total weight of .8309 kilograms (1.8318 pounds) were removed from the vehicle.

RENOVATO was advised of her rights per Miranda. RENOVATO stated she understood her rights and agreed to answer questions without the presence of an attorney. RENOVATO stated she went to Algodones, Mexico, to buy medication for her daughter. RENOVATO stated they were in Mexico for 20 to 30 minutes. RENOVATO stated she left her two other children and niece in the care of her nephew, Raul Cortero, while they were in Mexico.

"O.M.R." was advised of her rights per Miranda. "O.M.R." stated she understood her rights and agreed to answer questions without the presence of an attorney. "O.M.R." stated they went to Mexico to buy medication and were there one to two hours. "O.M.R." stated prior to going to Mexico, they stopped at a school where they saw her cousin, Raul Cortero. "O.M.R." stated they greeted Raul and watched him return to class just before her mother dropped off her sister and brother at her grandmother's house.

"O.M.R." was released to her guardian, Olga Nunez.